UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LACONDEGUY,<br><br>Plaintiff,<br><br>v.<br><br>VENKATARAMANA ADAPA, M.D.; JAGDISH AMBALAL PATEL, M.D., Individually and dba TRACY OCCUPATIONAL MEDICAL CENTER; IAN THOMAS PULLIAM, D.O.; FIRST ADVANTAGE CORPORATION; JOHN BURLESON WOMACK, M.D.; YRC, INC. and Does 1 through 51 inclusive.<br><br>Defendants. | CASE NO. 2:10-CV-01917-JAM-KJM<br><br>[Assigned for All Purposes to Honorable John A. Mendez]<br><br>**ORDER DISMISSING PLAINTIFF'S STATUTORY NEGLIGENCE CLAIM WITH PREJUDICE**<br><br>Action Filed:  May 7, 2010 |

On December 31, 2010, this Court granted Defendant First Advantage Corporation's ("Defendant's") Motion to Dismiss Plaintiff Albert Lacondeguy's ("Plaintiff's") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.  Plaintiff was granted leave to amend his statutory negligence claim within twenty days from the date of that Order.  Plaintiff has failed to amend his claim; therefore this Court hereby ORDERS as follows:

Rutan & Tucker, LLP
attorneys at law

2345/027241-0006
11515511.01 a02/10/11

-1-

[PROPOSED] ORDER DISMISSING PLAINTIFF'S STATUTORY NEGLIGENCE CLAIM WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

1   Plaintiff's statutory negligence claim is dismissed with prejudice.

2

3   Signed this 11th day of February, 2011.

4                                           /s/ John A. Mendez_____
5                                           HON. JOHN A. MENDEZ
                                            UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

2345/027241-0006
1151551.01 a02/10/11

-2-

PDF created with pdfFactory trial version www.pdffactory.com