Albert M. Ellis, SBN 079996
Hakeem, Ellis & Marengo
A Professional Law Corporation
3414 Brookside Road, Suite 100
Stockton, California 95219
Phone: (209) 474-2800
Facsimile: (209) 474-3654

Attorney for Plaintiff,
Albert Lacondeguy

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALBERT LACONDEGUY, | |
|---|---|
| Plaintiff(s), | № **2:10-cv-01917-JAM-EFB** |
| Vs. | **STIPULATION AND ORDER TO REMAND** |
| VENKATARAMANA ADAPA, M.D., et al., | |
| Defendant(s). | |

    This action was originally commenced by the plaintiff by a complaint filed in the Superior Court of California for San Joaquin County. The complaint alleged, among other things, the negligence of the defendant doctors presently before the court.

    Following removal and dismissal of the action as to two of the named defendants, the only remaining claims in the matter are claims made pursuant to California state law.

    All remaining parties to this action stipulate and respectfully request that the Court remand this action to the Superior Court of California for the County of San Joaquin. Additionally, the parties stipulate as follows:

    That, if so Ordered by the Court, this Stipulation moots all pending motions before the Court and all pending deadlines and hearings in this case should be taken off the court's calendar.

PDF created with pdfFactory trial version www.pdffactory.com

That upon remand, all parties will have the time period permitted under state and local rules to file responsive pleadings in the state court.

Dated: May 19, 2011

*Counsel for the plaintiff Lacondeguy:*
Hakeem, Ellis & Marengo
A Professional Law Corporation

by:  /s/ Albert M. Ellis
     Albert M. Ellis, Esq.

Dated: May 19, 2011

*Counsel for the defendants Adapa, Patel, and Pulliam:*
Craddick, Candland & Conti
Attorneys at Law

by: /s/ Andrew S. Miller
    Andrew S. Miller, Esq.

ORDER

Based upon the foregoing stipulation this matter is hereby remanded to the Superior Court of California for the County of San Joaquin. IT IS SO ORDERED.

Dated:   5/23/11

/s/ John A. Mendez
U. S. District Judge

HAKEEM, ELLIS & MARENGO, A PROFESSIONAL LAW CORPORATION
3414 BROOKSIDE ROAD, SUITE 100 STOCKTON, CA 95219
TELEPHONE: (209) 474-2800 FACSIMILE: (209) 474-3654

PDF created with pdfFactory trial version www.pdffactory.com